772 A.2d 910

IN THE MATTER OF STUART B. DONEGAN,
AN ATTORNEY AT LAW.

May 23, 2001.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–3(g) and *Rule* 1:20–11 recommending that **STUART B. DONEGAN** of **CHERRY HILL** who was admitted to the bar of this State in 1992, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **STUART B. DONEGAN** is temporarily suspended from the practice of law, effective immediately, and until the further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by respondent, pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further order of this Court; and it is further

ORDERED that **STUART B. DONEGAN** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.